IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAZARO RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C. A. NO. H-03-5325 |
| JOHN E. POTTER, UNITED STATES POSTAL SERVICE POSTMASTER GENERAL, | § § § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that Plaintiff Lazaro Rodriguez's claims against Defendant John E. Potter, United States Postal Service Postmaster General, are DISMISSED.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 22nd day of August, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE